UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT
CRIMINAL ACTION NO. 11-cr-11-DCR-JGW

JOSE ANTONIO GONZALEZ-MEJIA                                    PETITIONER

v.

UNITED STATES OF AMERICA                                       RESPONDENT

## REPORT AND RECOMMENDATION

On October 12, 2012, petitioner Jose Antonio Gonzalez-Mejia filed a *pro se* motion, pursuant to 28 U.S.C. § 2255, to vacate or set aside his federal conviction and sentence, claiming ineffective assistance of counsel.  Doc. 32.  In conducting the initial examination of the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, it was revealed that petitioner notes he appealed his case to the Sixth Circuit, where the case "remains open."  *Id*. at 2.  A review of the docket shows that petitioner's case is indeed pending before the appellate court (case number 12-5055).

In *Capaldi v. Pontesso*, 135 F.3d 1122, 1124 (6th Cir. 1998), the Sixth Circuit held that "in the absence of extraordinary circumstances, a district court is precluded from considering a § 2255 application for relief during the pendency of the applicant's direct appeal."  Petitioner does not argue any extraordinary circumstances exist that would warrant this Court's consideration of a § 2255 motion during the pendency of the direct appeal of his criminal conviction and sentence.  Therefore, the petition should be dismissed without prejudice.  Accordingly,

    **IT IS RECOMMENDED**:

    1. Petitioner's motion under 28 U.S.C. § 2255 should be **dismissed without prejudice**;

    2. A certificate of appealability pursuant to 28 U.S.C. § 2253(c) should be **denied**;

3. The Court should certify that an appeal of any order adopting this report and recommendation would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

This 17th day of October, 2012.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge